UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** <br>       Plaintiff, <br><br> v. <br><br> **Top Investment Property LLC**, a California Limited Liability Company; **Top Auto Repair, Inc.**, a California Corporation**; and Does 1-10,** <br>       Defendants. | Case No.: 2:15−CV−00181−TLN−DAD <br><br> **ORDER** |

    Having read the Plaintiff's Application for Court Order Authorizing Service Of Summons and Complaint on Defendant Top Investment Property LLC, a California Limited Liability Company, By Delivery By Hand To The California Secretary of State, and the supporting documentation filed therewith, and finding good cause therefore,

    The Court hereby authorizes Plaintiff, SCOTT JOHNSON to serve the Summons and Complaint on Defendant Top Investment Property LLC, a California Limited

1  Liability Company by delivering by hand a copy of the Summons and Complaint to the
2  office of the California Secretary of State.
3
4
5  **IT IS SO ORDERED**
6  Dated: August 7, 2015

_____
Troy L. Nunley
United States District Judge

12  Proposed by:
13
14  CENTER FOR DISABILITY ACCESS
    Mark Potter, Esq., SBN 166317
    Phyl Grace, Esq., SBN 171771
15  Dennis Price, SBN 279082
    Mail: PO Box 262490
16  San Diego, CA 92196-2490
    Delivery: 9845 Erma Road, Suite 300
17  San Diego, CA 92131
    (858) 375-7385; (888) 422-5191 fax
18  phylg@potterhandy.com
19  Attorney for Plaintiff, Scott Johnson