1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **Scott Johnson,** | ) | Case No.: 2:15−CV−00181−TLN−DAD |
| Plaintiff, | ) | |
| v. | ) | |
| **Top Investment Property LLC**, a California Limited Liability Company; **Top Auto Repair, Inc.**, a California Corporation**; and Does 1-10,** | ) ) ) ) | **ORDER** |
| Defendants. | ) ) ) ) ) ) ) | |

Having read the Plaintiff's Application for Court Order Authorizing Service Of Summons and Complaint on Defendant Top Auto Repair, Inc, a California Corporation, By Delivery By Hand To The California Secretary of State, and the supporting documentation filed therewith, and finding good cause therefore,

The Court hereby authorizes Plaintiff, SCOTT JOHNSON to serve the Summons and Complaint on Defendant Top Auto Repair, Inc., a California Corporation by

delivering by hand a copy of the Summons and Complaint to the office of the California Secretary of State.

**IT IS SO ORDERED**

Dated:  August 7, 2015

                                                                   _____
                                                                   Troy L. Nunley
                                                                   United States District Judge

Proposed by:

CENTER FOR DISABILITY ACCESS
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorney for Plaintiff, Scott Johnson