CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq. SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>    Plaintiff,<br><br>v.<br><br>**Top Investment Property LLC**, a California Limited Liability Company;<br>**Top Auto Repair, Inc.**, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:15-CV-00181-TLN-KJN<br><br>**Index of and Exhibits in Support of Plaintiff's Application for Default Judgment** |

## TABLE OF EXHIBITS

Exhibit 1 .................................................................... Declaration of Attorney Mark Potter

Exhibit 2 ............................................................................... Declaration of Scott Johnson

Exhibit 3 .................................................................................. Declaration of Noah Leiter

Exhibit 4 ........................................................................................................... Photos

Exhibit 5 ................................................................................................. Public Records

Exhibit 6 ........................................................................ Fee Award (Judge Christina Snyder)

Exhibit 7 ............................................................................ Fee Award (Judge Ruben Brooks)

Exhibit 8 ............................................................................. Fee Award (Judge David Milton)

Exhibit 9 ........................................................................... Fee Award (Judge Marc Goldman)

Exhibit 10 ....................................................................... Fee Award (Judge Stephen Wilson)