DocuSign Envelope ID: 66EE7F51-C045-405C-B2CD-FC78F6119BD4

**EXHIBIT 2**

Case 2:15-cv-00181-TLN-DB   Document 18-5   Filed 04/11/16   Page 1 of 4

DocuSign Envelope ID: 66EE7F51-C045-405C-B2CD-FC78F6119BD4

CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq. SBN 171771
<u>Mail</u>: PO Box 262490
    San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
    San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**Top Investment Property LLC**, a California Limited Liability Company;<br>**Top Auto Repair, Inc.**, a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:15-CV-00181-TLN-KJN<br><br>**Declaration of Scott Johnson in Support of Plaintiff's Request for Default Judgment** |

1. I am the plaintiff in this matter and, based on my own experience and knowledge, I can competently declare the following:

2. I am a C-5 quadriplegic. I cannot walk. I use a wheelchair for mobility.

3. In August of 2014 and several other occasions in late 2014, I went to the Top Auto Repair ("Top Auto") located at or about 2916 Northgate, Sacramento, California.

4. When I got there, I discovered that there were no parking spaces designated and reserved for persons with disabilities.

5. The door hardware at the entrance had a panel style handle that required tight grasping or twisting of the wrist to operate.

6. The transaction counter was well in excess of 36 inches in height. There was no lowered, 36 inch portion of counter for use by persons in wheelchairs.

7. The restroom mirror was mounted on the wall so that its bottom edge is approximately 49 inches above the floor and is not effectively used by wheelchair users.

8. The restroom sink is a cabinet style sink that does not provide any knee clearance for wheelchair users.

9. The restroom provides a toilet. However, instead of providing two grab bars on adjacent or parallel walls for use by persons with disabilities who need to transfer to the toilet, there were no grab bars.

10. There was no clear floor space in front of the disposable toilet seat cover dispenser because it is mounted on the wall behind the toilet.

11. I have reviewed the photos attached as Exhibit 4 and they are true and correct depictions of the conditions encountered at the Top Auto located at or about 2916 Northgate, Sacramento, California, on the dates I was present.

12. Due to the lack of accessible facilities, I have been deterred from further attempting to visit the Top Auto.

13. I would like to return to the Top Auto.

DocuSign Envelope ID: 66EE7F51-C045-405C-B2CD-FC78F6119BD4

14. I declare, under the penalty of perjury in the State of California, that the foregoing is true and accurate.

Dated: April 1, 2016

By: _____
Scott Johnson
Plaintiff