**<u>EXHIBIT 3</u>**









Johnson v. Top Investment Property LLC (2:15-CV-00181-TLN-KJN)

















Johnson v. Top Investment Property LLC (2:15-CV-00181-TLN-KJN)





























