UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOP INVESTMENT PROPERTY LLC, a California Limited Liability Company; TOP AUTO REPAIR, INC., a California Corporation,<br><br>　　　　Defendants. | No.  2:15-cv-0181 TLN KJN (TEMP)<br><br>ORDER |

On May 26, 2016, this matter came before the undersigned for hearing of plaintiff's motion for default judgment. Attorney Amanda Lockhart appeared on behalf of the plaintiff. No appearance was made by, or on behalf of, either defendant.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that plaintiff's April 11, 2016 motion for default judgment (Dkt. No. 18) is denied without prejudice to renewal.

Dated:  May 27, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

johnson0181.oah.052616.docx