UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson , <br><br>    Plaintiff, <br><br> v. <br><br> Top Investment Property LLC, et al., <br><br>    Defendant. | Case No.  2:15-cv-00181-TLN-DB <br><br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants:

Top Investment Property LLC, Top Auto Repair, Inc.

September 14, 2018                    MARIANNE MATHERLY, CLERK

                                By: /s/  K. Zignago, Deputy Clerk